**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **TAURUS DAVIS** | * | **CIVIL ACTION NO.: 3:16-cv-1316** |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| | * | |
| **RUSTON LOUISIANA HOSPITAL COMPANY, L.L.C. D/B/A NORTHERN LOUISIANA MEDICAL CENTER** | * * * | **MAGISTRATE:** |

**************************************************************************

**ORIGINAL COMPLAINT**
**JURY TRIAL DEMANDED**

COMES NOW, Plaintiff, Taurus Davis, by and through undersigned counsel, submits this Original Complaint against the Defendant, Ruston Louisiana Hospital Company, L.L.C. D/B/A Northern Louisiana Medical Center (herein referred to as "Hospital"), and in support thereof would show the following:

**JURISDICTION & VENUE**

1. This Court has jurisdiction over the claims herein pursuant to 28 U.S.C. § 1332. This civil action involves a defendant whose citizenship is diverse from the plaintiff and damages exceed the statutory minimum under rules of diversity.

2. Venue herein is proper under 28 U.S.C. § 1391. The Hospital operates a medical center in the state of Louisiana. The negligent acts were committed in Ouachita Parish in the Western District of Louisiana, maintenance records are maintained by the Defendant in this judicial district, and decisions adverse to Plaintiff's safety that are the subject of this civil action were made in this judicial district.

**PARTIES**

3. Plaintiff, Taurus Davis, is a resident of Ruston, in Ouachita Parish domiciled in the state of Louisiana.

4. Defendant, Hospital, runs a medical hospital in Ruston, Louisiana and may be served with process through its registered agent, CORPORATION SERVICE COMPANY, at 501 Louisiana Avenue, Baton Rouge, Louisiana 70802.

5. Plaintiff specifically pleads and presses the benefits of suspension of prescription as declared in Louisiana Governor's Executive Order Nos. JBE 2016-53, and as amended, JBE 2016-57, with respect to any and

all relevant prescription deadline as outlines in the Louisiana Code of Civil Procedure. (Suspending prescription from August 12, 2016 through September 9, 2016).

## CAUSE OF ACTION

6. Om August 26, 2015, petitioner was a guest at Northern Louisiana Medical Center located at 401 East Vaughn Avenue, Ruston, LA 71270. Petitioner was injured when an elevator door malfunctioned and repeatedly struck his body. Petitioner suffered serious and debilitating injuries, which have necessitated and will continue to necessitate medical treatment, as a result of the elevator door repeatedly closing on him.

7. The aforementioned accident was caused through no fault of the petitioner, but was caused solely by the gross negligence, fault, carelessness, recklessness of defendant, Hospital, in the following non- exclusive particulars:

a. creating a hazardous condition, and allowing the same to exists;
b. negligent maintenance of the elevator;
c. failure to properly maintain, inspect, repair and monitor the elevator;
d. failure to implement policies and procedures to properly maintenance the elevator;
e. failing to act as a reasonably prudent person;
f. breaching duty owed to guest of the Hospital to properly maintain the elevators;
g. failing to warn patrons and the general public of known hazards and defects;
h. failing to equip elevator doors with proper safety and emergency equipment;
i. failing to properly install and maintain its elevator; and
j. all other acts of negligence which will be shown at trial of this matter.

All other acts of negligence which were the sole and proximate cause of Petitioner's injuries and in violation of the laws of the State of Louisiana are pled herein as if set forth in extensor.

8. Defendant is strictly liable to Petitioner pursuant to Articles 2317, 2317.1 and 2322 of the Louisiana Civil Code.

9. WHEREFOR, Petitioner prays that this Honorable Court allow a copy of the above and

forgoing Petition be served upon the Defendant, and that said Defendant be duly cited to appear and answer same, and that after a due proceeding be had, and after all legal delays, there be judgment in favor of Petitioner, and against Defendant, with legal interests thereon from the date of judicial demand until paid and for all cost of these proceedings.

**PRAYER**

As a result of incident referenced herein, Petitioner has sustained severe and painful personal injuries. Petitioner prays for reimbursement for special damages, including, but not limited to , past, present and future loss of wage earning capacity.

Petitioner also prays for general damages for past, present and future physical pain and suffering, mental anguish, disability, loss of enjoyment of life, and inconvenience and any other compensable items of intangible damages allowed by law.

Petitioner prays for reasonable and adequate compensation for the above referenced damages.

Petitioner requests a TRIAL BY JURY in accord with the 7th Amendment of the U.S. Constitution.

Respectfully submitted, this the 19th day of September 2016.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record, either through the CM/ECF system, by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivering or by facsimile transmission on September 19, 2016, at their last known address of record.

s/ Mark W. Smith
Mark W. Smith

RESPECTFULLY SUBMITTED:
MARK W. SMITH & ASSOC., APLC

s/ Mark W. Smith
MARK W. SMITH (#14447)
500 Causeway Boulevard
Metairie, Louisiana 70001
(504) 254-5888
(504) 254-5856 (f)
mark@markwsmithlaw.com

Petitioner request Citation and Summons be issued to:

Ruston Louisiana Hospital Company, L.L.C.
D/B/A Northern Louisiana Medical Center
*Through their registered agent,*
**Corporation Service Company**
**501 Louisiana Avenue**
**Baton Rouge, LA 70802**