UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| TAURUS DAVIS | * | CIVIL ACTION NO. 16-1316 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| RUSTON LOUISIANA HOSPITAL COMPANY, L.L.C. d/b/a NORTHERN LOUISIANA MEDICAL CENTER | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Rule 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. No. 27] filed by Defendant Ruston Louisiana Hospital Company, LLC d/b/a Northern Louisiana Medical Center is GRANTED, and the instant Complaint is hereby DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 4th day of January, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE